1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11  BWP MEDIA USA, INC.,                    )   NO. CV 13-4851-E
                                            )
12                  Plaintiff,              )
                                            )
13           v.                             )   ORDER TO SHOW CAUSE
                                            )
14  GOODREADS, INC.,                        )
                                            )
15                  Defendant.              )
                                            )
16  _____)

17

18       Plaintiff filed the Complaint in this action on July 5, 2013.

19  It appears that Plaintiff has not effected service of the Summons and

20  Complaint upon Defendant within 120 days after July 5, 2013.

21

22       It is therefore ordered that, within twenty (20) days of the date

23  of the date of this Order, Plaintiff shall show good cause, if there

24  be any, why service of the Summons and Complaint was not made upon the

25  Defendant within 120 days after the filing of the Complaint.  See Fed.

26  R. Civ. P. Civ. P. 4(m).  Plaintiff may attempt to show good cause by

27  filing a declaration signed under penalty of perjury.

28  ///

1      Failure to comply with this Order or failure to demonstrate good

2 cause may result in the dismissal of this action without prejudice.

3

4      DATED: November 7, 2013.

5

6                _____/S/_____

                          CHARLES F. EICK

7               UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28